## Commonwealth *v.* Goodman, Appellant.

Submitted March 16, 1970. *Wayne G. Hummer, Jr.,* Assistant Public Defender, and *Theodore S. Danforth,* Public Defender, for appellant; *Henry J. Rutherford,* First Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Gravely, Appellant.

Submitted April 13, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.